AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>Unit 2090 of the San Marina Apartments, Located at 7002 West Indian School Road, Phoenix, Arizona 85035. | Case No. 23-5139MB |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

YOU ARE COMMANDED to execute this warrant on or before   April 6, 2023   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  March 23, 2023 at 8:26 p.m.     *(signed)* Deborah M. Fine
                                                        *Judge's signature*

City and state: <u>Phoenix, Arizona</u>          <u>Honorable Deborah M. Fine, United States Magistrate Judge</u>
                                                  *Printed name and title*

# ATTACHMENT A

*Property to be Searched*

The property to be searched is Unit 2090 of the San Marina Apartments, located at 7002 West Indian School Road, Phoenix, Arizona 85033. Apartment unit 2090 is contained within a multi–unit, multi-family, two-story building. Unit 2090 has a dark gray and tan stucco-style exterior wall, and a red front door with white trim. The wall contains a brown square placard with white lettering displaying the apartment number, "2090". The residence is located at the corner of West Heatherbrae Drive and North 70th Avenue, in the city of Phoenix, Arizona.

# ATTACHMENT B

*Property to be seized*

1. Any illegal controlled substances;

2. Books, records, receipts, notes, ledgers, invoices, and any other documentation related to the manufacture, importation, transportation, ordering, purchase, sale, or distribution of controlled substances;

3. Drug ledgers, drug customer lists, drug inventory lists, weights and prices, dealer lists, criminal associates lists, or any notes containing the individual names of such persons, telephone numbers or addresses of these customers or dealers, and any records of accounts receivable, money paid or received, drugs supplied or received, cash received, or to be paid for controlled substances, or intended to be paid for controlled substances;

4. Records relating to the receipt, transportation, deposit, transfer, or distribution of money, including but not limited to, direct deposit confirmations, wire transfers, money orders, cashier's checks, check stubs, PayPal or other electronic money transfer services, check or money order purchase receipts, account statements, and any other records reflecting the receipt, deposit, or transfer of money;

5. United States currency, foreign currency, financial instruments, negotiable instruments, jewelry, precious metals, stocks, bonds, money wrappers, and receipts or documents regarding purchases of real or personal property;

6. Safe deposit box keys, storage locker keys, safes, and related secure storage devices, and documents relating to the rental or ownership of such units;

7. Currency counters;

8. Indicia of occupancy, residency, rental, ownership, or use of the Subject Premises and any vehicles found thereon during the execution of the warrant, including, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records;

9. Photographs, including still photos, negatives, slides, videotapes, and films, in particular those showing co-conspirators, criminal associates, U.S. currency, real and personal property, firearms, or controlled substances;

10. Paraphernalia related to the importation, transportation, use, or distribution of controlled substances or proceeds from the sale of controlled substances, including materials commonly used for the clandestine shipment thereof, including but not limited to, scales, bottles, mixing bowls, spoons, grinders, cutting agents, cutting boards, baggies, knives/razors, plastic wrap/cellophane, tape, seals, boxes, packaging materials, scent masking agents, shipping labels, and storage containers; firearms, ammunition, magazines, cases, boxes, holsters, slings, gun pieces, gun cleaning items or kits, ammunition belts, original box packaging, targets, expended pieces of lead, and records, receipts, or other paperwork showing the purchase, storage, disposition, or dominion and control over firearms and ammunition.

AO 106 Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of
Unit 2090 of the San Marina Apartments, Located at 7002
West Indian School Road, Phoenix, Arizona 85035.

Case No. 23-5139MB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**As further described in Attachment A**

located in the District of Arizona, there is now concealed:

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance |
| 21 U.S.C. § 841 | Possession with Intent to Distribute a Controlled Substance |

The application is based on these facts:

**See attached Affidavit of Special Agent Johanna Childress**

☒ Continued on the attached sheet.
☐ Delayed notice of  30  days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA William Bryan
*Digitally signed by WILLIAM BRYAN Date: 2023.03.23 20:14:08 -07'00'*

JOHANNA CHILDRESS
*Digitally signed by JOHANNA CHILDRESS Date: 2023.03.23 20:09:35 -07'00'*

*Applicant's Signature*

Johanna Childress, Special Agent, DEA
*Printed name and title*

Sworn to me telephonically and subscribed electronically.

Date: March 23, 2023 at 8:26 p.m.

*Judge's signature*

Honorable Deborah M. Fine, United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## ATTACHMENT A

*Property to be Searched*

The property to be searched is Unit 2090 of the San Marina Apartments, located at 7002 West Indian School Road, Phoenix, Arizona 85033. Apartment unit 2090 is contained within a multi–unit, multi-family, two-story building. Unit 2090 has a dark gray and tan stucco-style exterior wall, and a red front door with white trim. The wall contains a brown square placard with white lettering displaying the apartment number, "2090". The residence is located at the corner of West Heatherbrae Drive and North 70th Avenue, in the city of Phoenix, Arizona.

## ATTACHMENT B

*Property to be seized*

1. Any illegal controlled substances;

2. Books, records, receipts, notes, ledgers, invoices, and any other documentation related to the manufacture, importation, transportation, ordering, purchase, sale, or distribution of controlled substances;

3. Drug ledgers, drug customer lists, drug inventory lists, weights and prices, dealer lists, criminal associates lists, or any notes containing the individual names of such persons, telephone numbers or addresses of these customers or dealers, and any records of accounts receivable, money paid or received, drugs supplied or received, cash received, or to be paid for controlled substances, or intended to be paid for controlled substances;

4. Records relating to the receipt, transportation, deposit, transfer, or distribution of money, including but not limited to, direct deposit confirmations, wire transfers, money orders, cashier's checks, check stubs, PayPal or other electronic money transfer services, check or money order purchase receipts, account statements, and any other records reflecting the receipt, deposit, or transfer of money;

5. United States currency, foreign currency, financial instruments, negotiable instruments, jewelry, precious metals, stocks, bonds, money wrappers, and receipts or documents regarding purchases of real or personal property;

6. Safe deposit box keys, storage locker keys, safes, and related secure storage devices, and documents relating to the rental or ownership of such units;

7. Currency counters;

8. Indicia of occupancy, residency, rental, ownership, or use of the Subject Premises and any vehicles found thereon during the execution of the warrant, including, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records;

9. Photographs, including still photos, negatives, slides, videotapes, and films, in particular those showing co-conspirators, criminal associates, U.S. currency, real and personal property, firearms, or controlled substances;

10. Paraphernalia related to the importation, transportation, use, or distribution of controlled substances or proceeds from the sale of controlled substances, including materials commonly used for the clandestine shipment thereof, including but not limited to, scales, bottles, mixing bowls, spoons, grinders, cutting agents, cutting boards, baggies, knives/razors, plastic wrap/cellophane, tape, seals, boxes, packaging materials, scent masking agents, shipping labels, and storage containers; firearms, ammunition, magazines, cases, boxes, holsters, slings, gun pieces, gun cleaning items or kits, ammunition belts, original box packaging, targets, expended pieces of lead, and records, receipts, or other paperwork showing the purchase, storage, disposition, or dominion and control over firearms and ammunition.

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

Your Affiant, Johanna Childress, being first duly sworn, hereby deposes and states as follows:

### I.  INTRODUCTION AND AGENT BACKGROUND

1. Your Affiant makes this Affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises located at 7002 West Indian School Road, Apartment 2090, Phoenix, Arizona 85033 (hereinafter, the "Subject Premises"), as further described in Attachment A, in order to search for and seize the items outlined in Attachment B, which represent evidence, fruits, and/or instrumentalities of the criminal violations further described below.

2. I am a Special Agent with the United States Drug Enforcement Administration (DEA), and have been since September 2018. In September 2018, your Affiant attended DEA Basic Agent Training for 17 weeks in Quantico, Virginia. The training your Affiant received consisted of several hundred combined hours of instruction in the following categories: legal instruction, drug identification, evidence handling, report writing, confidential source management, undercover operations, defensive tactics/firearms, and interview/interrogation. Since becoming a Special Agent, your Affiant has worked in the investigation of Title 21 violations and related crimes.

3. The statements contained in this Affidavit are based on information derived from your Affiant's personal knowledge, training and experience; information obtained from the knowledge and observations of other sworn law enforcement officers, either directly or indirectly through their reports or affidavits; surveillance conducted by law enforcement officers; information provided by a confidential source; analysis of public records; controlled purchases of drugs; analysis of social media information; analysis of telephone records; intercepted communications; and analysis of financial records.

4.  Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, your Affiant has not set forth all of the relevant facts known to law enforcement officers.

## II. PROBABLE CAUSE

5.  On March 23, 2023, investigators from DEA Phoenix Field Division Group 16 (hereinafter, "DEALERS") established physical surveillance at the 2627 North 45th Avenue Phoenix, Arizona 85035. Based on information from a DEA confidential source (CS) a known drug trafficker in the Phoenix area would deliver 5,000 pills containing fentanyl to the CS. During physical surveillance investigators observed a red Toyota Camry bearing Arizona license plate "3TA22L", registered to Bulfrano Angulo-Torres arrive and park in the vicinity of 2627 North 45th Avenue, Phoenix, Arizona 85035.

6.  At approximately 2:10PM, investigators observed an individual (later identified as Bulfrano Angulo-Torres ("ANGULO") exit the driver side of the red Toyota Camry and hand a large brown box to the CS. Moments later investigators made contact with the occupants of the red Toyota Camry, ANGULO, his significant other, Beatriz Adriana Figueroa-Arevalo ("FIGUEROA"), and their infant child. Law enforcement officers detained ANGULO, FIGUEROA, and their infant child without incident.

7.  Law enforcement officers thereafter opened the large brown box that ANGULO had previously handed to the CS. Inside the large brown box, investigators observed approximately 70,000 blue "M30" pills suspected to contain fentanyl. Based upon your Affiant's training and experience, as well as the training and experience of other law enforcement officers participating in this investigation, the blue pills were identical in appearance to other tablets seized in prior DEALERS investigations that were subsequently determined to contain fentanyl. A sample of the suspected fentanyl pills field-tested presumptive positive for fentanyl.

8. Law enforcement officers thereafter conducted a search of the red Toyota Camry incident to the arrest of ANGULO and FIGUEROA. The search revealed a Glock handgun within the center console of the red Toyota Camry. Investigators also observed several thousand dollars in U.S. currency concealed inside a diaper bag within the red Toyota Camry.

9. At the time of his arrest, ANGULO was in possession of the keys to the red Toyota Camry. The same key ring containing the keys to the red Toyota Camry also contained a single additional house key.

10. During a post-arrest, post-*Miranda* interview, ANGULO admitted to delivering pills containing fentanyl to the CS. ANGULO also admitted to possessing additional illegal drugs, drug-related proceeds, and several firearms at his (ANGULO's) apartment. ANGULO stated that his apartment was located at 7002 West Indian School Road, Unit 2090, Phoenix, Arizona 85033 (the Subject Premises). ANGULO stated that the Subject Premises contained approximately 5,000 pills containing fentanyl, approximately US$15,000 in drug-related proceeds, and two (2) firearms. ANGULO indicated that the single additional house key on his key ring was the key to open the primary entrance for the Subject Premises. Additionally, ANGULO stated that the pills containing fentanyl were stored in the front patio closet, and that the firearms and drug-related proceeds were located in his (ANGULO's) bedroom closet.

11. During a post-arrest, post-*Miranda* interview, FIGUEROA also stated that she (FIGUEROA) lived at the apartment located at 7002 West Indian School Road, Unit 2090, Phoenix, Arizona 85033 (the Subject Premises) with ANGULO. FIGUEROA stated that she (FIGUEROA) was the owner of several firearms that were stored inside the Subject Premises.

12. Upon arriving at the Subject Premises, investigators observed several occupants inside the Subject Premises. Based on the belief that these occupants were

present to destroy, remove, or conceal evidence related to this investigation, law enforcement officers removed the occupants of the Subject Premises pending the instant application for a warrant to search the Subject Premises.

13. Based on the totality of the facts, your Affiant believes that the Subject Premises contains evidence and records of historical and active drug-related activity. Based on your Affiant's training and experience, as well as the training and experience of other law enforcement officers participating in this investigation, your Affiant knows that subjects involved in drug trafficking frequently use cellular telephones and/or electronic devices, as well as applications and other platforms downloaded to cellular telephones to facilitate drug-related activity.

### III. ITEMS TO BE SEIZED

14. Based upon the facts contained in this Affidavit, your Affiant submits there is probable cause to believe that the items listed in Attachment B will be found at the **Subject Premises**.

15. Based on my training, education, and experience, and discussions with other trained law enforcement personnel, along with information provided by sources of information and confidential sources, your Affiant knows the following:

    a. Drug traffickers often keep large amounts of United States currency on hand in order to maintain and finance their ongoing trafficking activities. Traffickers commonly maintain such currency where they have ready access to it, such as in their homes and vehicles. It is also common for traffickers to possess drug proceeds and items purchased with proceeds in their homes and vehicles. Thus, it is common for currency, expensive jewelry, precious metals, or financial instruments to be found in the possession of drug traffickers.

    b. Traffickers and persons involved in the manufacturing, distribution, and possession of controlled substances often possess firearms and other weapons, both

legal and illegal, in order to protect their person, drugs, or the proceeds of drug transactions. Traffickers commonly maintain such firearms and weapons where they have ready access to them, such as on their person, in their homes, and in their vehicles. In addition, other firearm-related items, such as gun pieces, ammunition, gun cleaning items or kits, holsters, ammunition belts, original box packaging, targets, expended pieces of lead, photographs of firearms, and paperwork showing the purchase, storage, disposition, or dominion and control over firearms, ammunition, and related items are commonly possessed by drug traffickers along with their firearms.

    c.    Traffickers often maintain paraphernalia for manufacturing and distributing controlled substances, including packaging materials, scales, and cutting agents. Traffickers commonly maintain such paraphernalia at stash houses, in their homes, or in their vehicles.

    d.    Traffickers often maintain paper records of their drug trafficking and money laundering activities. Your Affiant knows that such records are commonly maintained for long periods of time and therefore are likely to be found at the Subject Premises.

    e.    Drug traffickers commonly use computers, cellular telephones, and other electronic devices to communicate with other drug traffickers and customers about drug-related activities through the use of telephone calls, text messages, email, chat rooms, social media, and other internet- and application-based communication forums. Moreover, drug traffickers commonly use other capabilities of computers and electronic devices to further their drug trafficking and money laundering activities. Therefore, evidence related to drug trafficking activity and money laundering activity is likely to be found on electronic storage media found at the Subject Premises, as further described below.

16.    In addition to items which may constitute evidence, fruits and/or instrumentalities of the crimes set forth in this Affidavit, your Affiant also requests

permission to seize any articles tending to establish the identity of persons who have dominion and control over the Subject Premises, including rent receipts, utility bills, telephone bills, addressed mail, personal identification, keys, purchase receipts, sale receipts, photographs, vehicle pink slips, and vehicle registration.

### IV. CONCLUSION

17. Your Affiant submits there is probable cause to believe that the items listed in Attachment B, which constitute evidence, fruits, and/or instrumentalities of violations of 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance), and 21 U.S.C. § 841 (Possession with Intent to Distribute a Controlled Substance), are likely to be found at the Subject Premises, which is further described in Attachment A.

JOHANNA CHILDRES
Digitally signed by JOHANNA CHILDRES
Date: 2023.03.23 20:11:11 -07'00'

Special Agent Johanna Childress
U.S. Drug Enforcement Administration

Subscribed electronically and sworn to me telephonically this 23rd day of March, 2023. at 8:26 p.m.

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE